UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Miguel Maldonado, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:21-cv-00428 |
| | § | |
| Gallant Builders, LLC, | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND THE DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS THE RETALIATION CLAIMS**

Before the Court is Plaintiff's Unopposed Motion to Extend the Deadline to Respond to Defendant's Motion to Dismiss. After considering the motion and arguments of counsel, if any, the Court finds that the motion should be granted.

THEREFORE, IT IS ORDERED that Plaintiff's deadline to respond to Defendant's Motion to Dismiss (Doc. 15) is extended until June 10, 2021.

DATE: _____

_____
HONORABLE KEITH ELLISON,
UNITED STATES DISTRICT JUDGE