IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MIGUEL MALDONADO, | § |
| | § |
| *Plaintiff*, | § |
| | § |
| v. | § CIVIL ACTION NO. 4:21-cv-00428 |
| | § |
| GALLANT BUILDERS, LLC, | § |
| | § |
| *Defendant*. | § |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Miguel Maldonado and Defendant Gallant Builders, LLC file this Joint Stipulation of Dismissal with Prejudice as follows:

### Joint Stipulation

1. Plaintiff and Defendant have entered into a settlement agreement resolving all issues in this matter. The agreement provides, among other things, that Plaintiff shall dismiss all of his claims against Defendant with prejudice.

2. Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant hereby file this Joint Stipulation of Dismissal and stipulate that all of Plaintiff's claims against Defendant in this matter should be dismissed with prejudice – with each party bearing its own costs and attorneys' fees. There are no remaining claims or issues before the Court.

Respectfully submitted,

KARCZEWSKI | BRADSHAW | SPALDING

*/s/ C. Cory Rush*

C. Cory Rush
Attorney-in-Charge
State Bar No. 24074989
Fed. I.D. No. 1125441
crush@kbslawgroup.com
Melissa M. Goins
State Bar No. 24074671
Fed. I.D. No. 2089537
mgoins@kbslawgroup.com
3700 Buffalo Speedway, Suite 560
Houston, Texas 77098
Telephone: (713) 993-7066
Facsimile: (888) 726-8374

ATTORNEYS FOR DEFENDANT


KENNEDY LAW FIRM, LLP

*/s/ Galvin Kennedy*

Galvin Kennedy
Attorney-in-Charge
Galvin@KennedyAttorney.com
Federal Bar No. 20791
Texas State Bar No. 00796870
KENNEDY LAW FIRM, LLP
2925 Richmond Ave., Ste. 1200
Houston, TX 77098
Telephone: (713) 425-6445
Facsimile: (888) 389-9317

ATTORNEY FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MIGUEL MALDONADO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:21-cv-00428 |
| | § | |
| GALLANT BUILDERS, LLC, | § | |
| | § | |
| Defendant. | § | |

**ORDER ON JOINT STIPULATION OF DISMISSAL**

Pending before the Court is the parties' Joint Stipulation of Dismissal with Prejudice. After considering the stipulation, the Court is of the opinion that it should be GRANTED.

It is, therefore, ORDERED that the parties' Joint Stipulation of Dismissal with Prejudice is **GRANTED**, and all of Plaintiff Miguel Maldonado's claims against Defendant Gallant Builders, LLC are hereby **DISMISSED WITH PREJUDICE**. All costs shall be taxed against the party incurring the same.

Signed this ____ day of _____, 2021.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT COURT JUDGE

1


# Audit Trail

| | |
|---|---|
| **TITLE** | Hello |
| **FILE NAME** | 1622817945-Settle...ase_Agreement.pdf |
| **DOCUMENT ID** | 8e5068a71832d9d337be35222a6c4b62efc46639 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ⁕ Completed |

This document was requested on kennedyattorney.cliogrow.com and signed on kennedyattorney.cliogrow.com

## Document History

**SENT**  06 / 04 / 2021  14:50:54 UTC  
Sent for signature to Miguel Maldonado (safetymike2010@gmail.com) from help@kennedyattorney.com  
IP: 111.223.27.199

**VIEWED**  06 / 04 / 2021  14:54:16 UTC  
Viewed by Miguel Maldonado (safetymike2010@gmail.com)  
IP: 111.223.27.199

**SIGNED**  06 / 04 / 2021  18:04:42 UTC  
Signed by Miguel Maldonado (safetymike2010@gmail.com)  
IP: 50.197.201.132

**COMPLETED**  06 / 04 / 2021  18:04:42 UTC  
The document has been completed.

Powered by HELLOSIGN